UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES MUCHERU, | ) | 1:07-cv-01545 LJO-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| | ) | (Doc. 11) |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| ATTORNEY GENERAL, et al., | ) | (Doc. 1) |
| | ) | |
| Respondents. | ) | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 30, 2008, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending that the petition for writ of habeas corpus be DISMISSED for Petitioner's failure to prosecute. (Doc. 11). The Findings and Recommendations was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. To date, the parties in this case have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed January 30, 2008 (Doc. 11), are ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED; and

3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   March 11, 2008**                    **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE